MABEL SPINA and JOSEPH A. SPINA, Appellants, v. BOWMAN BILTMORE HOTELS CORPORATION, Respondent.— In an action in negligence for injuries sustained by the plaintiff as a result of a fall on a dance floor, caused by stepping on some metal substance, the complaint was dismissed at the close of the plaintiffs' case. On appeal by the plaintiffs from the judgment dismissing the complaint, the judgment is unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

ETTA VON SYDOW, Respondent, v. LONG BEACH BUS CO., INC., MAX KLEKMAN and ROSE KLEKMAN, Appellants.— Action to recover damages for personal injuries sustained by the plaintiff as the result of a collision between a bus belonging to defendant Long Beach Bus Co., Inc., in which she was a passenger, and a motor car owned by defendant Max Klekman and driven by Rose Klekman. Judgment in favor of the plaintiff and against the defendants reversed on the law and a new trial granted, costs to appellants to abide the event. The plaintiff claimed no aggravation of previous disorders. Despite this fact, the court charged that she was entitled to recover damages for any aggravation of such disorders. This was error. Lazansky, P. J., Johnston, Adel and Taylor, JJ., concur; Hagarty, J., dissents and votes to affirm the judgment pursuant to the provisions of section 106 of the Civil Practice Act.

## (January 22, 1937.)

EMILIE BRUCHSALER, Respondent, v. ALFRED H. NEWBURGER and Others, Copartners, Doing Business under the Firm Name of NEWBURGER, HENDERSON & LOEB, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

EDWARD J. BYRNE and MARION E. BYRNE, Appellants, v. HARRY HASHER, Defendant, and JOHN LOEB, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

SIDNEY CHERNUCHIN, as Administrator, etc., of MORRIS CHERNUCHIN, Deceased, Appellant, v. JOSEPH H. KALMANOFF and JOHN S. LANDES, Respondents.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.